IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,                  No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

    Defendants.            <u>ORDER</u>

          /

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed January 3, 2005, plaintiff's complaint and amended complaint were dismissed with leave to file a second amended complaint. Plaintiff has now filed a second amended complaint.

        The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

/////

1  The second amended complaint states a cognizable claim for relief under 42
2  U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the second amended complaint
3  are proven, plaintiff has a reasonable opportunity to prevail on the merits of his Eighth
4  Amendment claims against defendants O'Brian, Hooper, Turella, Howard, Knowles, Porter,
5  Grannis, King, Lopez, Cook, Hodge-Wilkins, Yarborough, Baumgardner, Attgalla, Cassim,
6  Meyers, Stocker, Penner and Deliberto.  Accordingly, the court will order service of process
7  upon those defendants.  With respect to the rest of the defendants identified in plaintiff's second
8  amended complaint, plaintiff's second amended complaint fails to state a claim upon which relief
9  can be granted.

10  In accordance with the above, IT IS HEREBY ORDERED that:

11  1. Service is appropriate for the following defendants:  O'Brian, Hooper, Turella,
12  Howard, Knowles, Porter, Grannis, King, Lopez, Cook, Hodge-Wilkins, Yarborough,
13  Baumgardner, Attgalla, Cassim, Meyers, Stocker, Penner and Deliberto.

14  2. The Clerk of the Court shall send plaintiff eighteen USM-285 forms, one
15  summons, an instruction sheet and a copy of the second amended complaint filed February 11,
16  2005.

17  3. Within thirty days from the date of this order, plaintiff shall complete the
18  attached Notice of Submission of Documents and submit the following documents to the court:

19      a. The completed Notice of Submission of Documents;

20      b. One completed summons;

21      c. One completed USM-285 form for each defendant listed in number 1
22      above; and

23      d. Twenty copies of the endorsed second amended complaint filed
24      February 11, 2005.

25  4. Plaintiff need not attempt service on defendants and need not request waiver of
26  service.  Upon receipt of the above-described documents, the court will direct the United States

1 | Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
2 | without payment of costs.
3 | DATED: December 5, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
davi0821.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS

    Plaintiff,                              No. CIV-S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.                        NOTICE OF SUBMISSION

    Defendants.                        OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____ completed summons form

    _____ completed USM-285 forms

    _____ copies of the _____
                              Second Amended Complaint

DATED:

                                        _____
                                        Plaintiff