IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                    No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

      Defendants.             <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On January 10, 2006, plaintiff filed a motion asking that this matter be stayed and that plaintiff be given leave to file an amended complaint. On March 27, 2006, plaintiff's filed a letter in which plaintiff asks to withdraw the motion. Good cause appearing, plaintiff's most recent request will be granted.

        Plaintiff also asks that the court send plaintiff one USM-285 form. This request will also be granted. Plaintiff shall complete the form and return it within twenty days of this order.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 10, 2006 "motion for continuance; stay of abeyance to exhaust related claim; motion to amend complaint" is withdrawn;

1

2. The Clerk of the Court is directed to send plaintiff one USM-285 form. Plaintiff shall complete the form with respect to defendant Lopez and return it to the court within twenty days of this order.

DATED: May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] davi0821.wit