IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                        No. CIV S-04-0821 LKK KJM P

   vs.

M. KNOWLES, et al.,

      Defendants.              ORDER

_____/

       Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

       Plaintiff has also requested an extension of time to file and serve an opposition to the defendants' July 24, 2006 motion to dismiss. Good cause appearing, the request will be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's August 16, 2006 request for the appointment of counsel is denied;

2. Plaintiff's August 16, 2006 motion for an extension of time is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to the defendants' July 24, 2006 motion to dismiss.

DATED: August 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/bb
davi0821.31+