IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                    No. CIV S-04-0821 LKK KJM P

   vs.

M. KNOWLES, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file and serve an opposition to defendants' September 25, 2006 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's October 17, 2006 motion for an extension of time is granted; and

      2. Plaintiff shall file and serve an opposition to defendants' September 25, 2006 motion to dismiss on or before November 6, 2006. Defendants' reply, if any, shall be filed within seven days thereafter.

DATED: October 24, 2006

                                               U.S. MAGISTRATE JUDGE

1/mp
davi0821.36