IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,                     No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

    Defendants.             <u>ORDER</u>

_____/

         Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. On October 11, 2006, plaintiff filed a document which the court construes as request for leave to file an amended complaint. Plaintiff has not, however, filed a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. <u>See</u> 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

/////

/////

/////

/////

1   Accordingly, IT IS HEREBY ORDERED that plaintiff's October 11, 2006

2   "motion for reconsideration . . ." is denied.

3   DATED: October 24, 2006

4   _____

    U.S. MAGISTRATE JUDGE

5   1
davi0821.851