IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

       Plaintiff,                    No. CIV S-04-0821 LKK KJM P

       vs.

M. KNOWLES, et al.,

       Defendants.            <u>ORDER</u>

_____/

       Plaintiff has requested an extension of time to file and serve objections to the January 25, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's February 7, 2007 request for an extension of time is granted; and

       2. Plaintiff shall file and serve objections to the January 25, 2007 findings and recommendations on or before March 5, 2007.

DATED: February 23, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
davi0821.36