IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

     Plaintiff,               No. CIV S-04-0821 LKK KJM P

   vs.

M. KNOWLES, et al.,

     Defendants.          ORDER

_____/

       Plaintiff has filed his second request for an extension of time to file his objections to the January 25, 2007 findings and recommendations.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

       IT IS HEREBY ORDERED that:

       1.  Plaintiff's March 1, 2007 request for an extension of time is granted; and

       2.  Plaintiff shall file his objections to the January 25, 2007 findings and recommendations on or before April 6, 2007.  No further extensions of time will be granted.

DATED:  March 8, 2007.

_____
U.S. MAGISTRATE JUDGE

/bb
davi0821.36(2)