IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,                    No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

    Defendants.          <u>ORDER</u>

         On January 30, 2007, plaintiff filed a document seeking a "certificate if appealability" pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Title 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b) are applicable only in an action for a writ of habeas corpus. This is a 42 U.S.C. § 1983 action. Plaintiff's request is denied.

DATED: March 15, 2007.

                                       U.S. MAGISTRATE JUDGE

1
davi0821.coa