IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                    No. CIV S-04-0821 LKK KJM P

   vs.

M. KNOWLES, et al.,

      Defendants.              <u>ORDER</u>

                                  /

        On April 10, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order denying plaintiff's request for the appointment of counsel. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////
/////
/////
/////
/////
/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 16, 2007 is affirmed.

DATED: April 16, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT