IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                      No. CIV S-04-0821 LKK KJM P

   vs.

M. KNOWLES, et al.,

      Defendants.            <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On January 25, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that they could file objections to the findings and recommendations. Neither party has filed objections to the findings and recommendations.[1]

/////

---

[1] Plaintiff asks for an extension of time to file objections to the findings and recommendations. However, after being granted a second extension of time to file objections, plaintiff was informed on March 9, 2007 that no further extensions of time would be granted. Plaintiff has not shown cause to revisit that decision.

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 25, 2007 are adopted in full; and

2. The July 24, 2006 motion to dismiss filed by defendants Attygalla, Cassim, Cook, Deliberto, Hooper, Howard, King, Knowles, Lopez, O'Brian, Penner and Turella are granted in part and denied in part as follows:

    A. Granted with respect to plaintiff's claims against defendants Attygalla, Cassim, Deliberto, Hooper, Howard, King, Knowles, Lopez, O'Brian, Penner and Turella, thereby dismissing them without prejudice from this action; and

    B. Denied in all other respects.

3. Defendant Cook shall file his answer within twenty days.

DATED:  April 16, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT