IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                      No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

      Defendants.               ORDER

                              /

          Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On April 25, 2007, April 26, 2007 and May 3, 2007 plaintiff filed requests for the appointment of counsel. Plaintiff's previous requests were filed on August 16, 2006, February 20, 2007, February 23, 2007 and April 5, 2007. All requests were denied. In light of those orders and the court's determination that there has been no material change in the factors applicable to appointment of counsel in this case, plaintiff's April 25 and 26 requests will be denied.

          Plaintiff also asks that the undersigned reconsider the April 17, 2007 order entered by the district court judge assigned to this case. Plaintiff's request will be denied as the undersigned does not have authority to do this. In the future, if plaintiff files motions which have no basis in law, plaintiff will be sanctioned, possibly with dismissal of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's April 25, 2007; April 26, 2007 and May 3, 20007 motions for the appointment of counsel are denied; and

2. Plaintiff's April 26, 2007 "motion to reconsider" is denied.

DATED: May 8, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
davi0821.31thr(2)