IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

        Plaintiff,                  No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

        Defendants.           <u>ORDER</u>

_____/

        The document filed by plaintiff on June 26, 2007 shall be placed in the court's file and disregarded. Plaintiff is once again cautioned that the filing of motions which have no basis in law could lead to dismissal. <u>See</u> May 9, 2007 Order.

DATED: July 12, 2007.

_____
U.S. MAGISTRATE JUDGE

1
davi0821.fri