IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,                        No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

    Defendants.                 ORDER

_____/

        Plaintiff's July 27, 2007 request for a "certificate of appealability" is inappropriate as this is not an action for writ of habeas corpus. The request is denied.

DATED: August 2, 2007.

U.S. MAGISTRATE JUDGE

/mp
davi0821.31