IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                       No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

      Defendants.              <u>ORDER</u>

_____/

        Plaintiff's August 10, 2007 request for a "certificate of appealability" is inappropriate as this is not an action for writ of habeas corpus.  The request is denied.

DATED: August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
davi0821.coa(2)