IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

        Plaintiff,                      No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 8, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 8, 2007, are adopted in full;

2. The September 25, 2006 motion to dismiss filed by defendants Baumgardner, Grannis, Hodge-Wilkins, Meyers, Porter, Stocker and Yarborough is granted in part and denied in part as follows:

    A. Denied as to plaintiff's Eighth Amendment claims against defendants Grannis and Hodge-Wilkins concerning events occurring on and around October 1, 2003;

    B. Denied as to plaintiff's Eighth Amendment claims against defendants Grannis and Stocker concerning events occurring on and around April 9, 2004; and

    C. Granted in all other respects thereby dismissing defendants Baumgardner, Meyers, Porter and Yarborough from this action.

3. Defendants Grannis, Hodge-Wilkins and Stocker are ordered to file their answer within twenty days of this order.

4. Plaintiff's November 16, 2006 request for a temporary restraining order is denied.

DATED: September 14, 2007.

LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT

2