IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,                    No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

    Defendants.           <u>ORDER</u>

          Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 24, 2007, plaintiff filed his seventh request for the appointment of counsel. Plaintiff's previous requests were filed on February 20, 2007, February 23, 2007, April 5, 2007, April 25, 2007, April 26, 2007, and May 3, 2007. All requests were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's October 24, 2007 motion for appointment of counsel is denied.

DATED: November 1, 2007.

                                                   U.S. MAGISTRATE JUDGE

1/mp
davi0821.31thr(4)