IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

        Plaintiff,                No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Plaintiff has filed a document in which he asserts that he has not received a copy of the answer filed on October 9, 2007 by defendants Grannis, Hodge-Wilkins and Stocker. Good cause appearing, IT IS HEREBY ORDERED that defendants Grannis, Hodge-Wilkins and Stocker serve a copy of their answer upon plaintiff within ten days of this order.

DATED: November 14, 2007.

                                    U.S. MAGISTRATE JUDGE

1
davi0821.ans