IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

      Plaintiff,                    No. CIV S-04-0821 LKK KJM P

   vs.

M. KNOWLES, et al.,

      Defendants.           <u>ORDER</u>

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On October 1, 2008, plaintiff filed his eighth request for the appointment of counsel. Plaintiff's previous requests were filed on February 20, 2007, February 23, 2007, April 5, 2007, April 25, 2007, April 26, 2007, May 3, 2007 and October 24, 2007. All requests were denied. In light of those orders, and the court's determination that there has been no material change in the relevant factors, IT IS HEREBY ORDERED that plaintiff's October 1, 2008 request (docket no. 122) is denied.

DATED: October 20, 2008.

                                    U.S. MAGISTRATE JUDGE

1/ke
davi0821.31thr