IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNARD LEE DAVIS,

    Plaintiff,                     No. CIV S-04-0821 LKK KJM P

    vs.

M. KNOWLES, et al.,

    Defendants.                 ORDER

_____/

        On November 6, 2008 , plaintiff filed a request for reconsideration of the magistrate judge's order filed October 20, 2008, denying plaintiff's motion for the appointment of counsel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed October 20, 2008, is affirmed.

DATED:   January 27, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT