IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNARD LEE DAVIS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. KNOWLES, Warden, et al.,**<br><br>Defendants. | Case No. CIV.S-04-0821 LKK KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |

GOOD CAUSE HAVING BEEN SHOWN, defendants Page Cook, M.D., N. Grannis, M. Hodge-Wilkins and J. Stocker's request for an extension of time to file a reply brief to plaintiff's opposition to motion for summary judgment (docket no. 134) is granted.

Defendants shall have thirty (30) days from March 2, 2009, or until Monday, April 2, 2009, to file their reply brief.

DATED: March 2, 2009.

_____
U.S. MAGISTRATE JUDGE

4
davis0821.eot